FILED
CLERK, U.S. DISTRICT COURT
MAY - 9 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>STEVEN MARTIN NUSS<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:25-cr-00312-RGK<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

   Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing, is set for _____Monday, May 12,_____, __2025____ at 2:00 ☐a.m. / ☒p.m. before the Honorable __Autumn D. Spaeth_____, in Courtroom ____6A_____.

   Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
   *(Other custodial officer)*

Dated: __05/09/2025_____        _____
                                     Autumn D. Spaeth, U.S. Magistrate Judge